UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777

Virginia E. Fortunato, Esq. - VEF-0787
Attorney for Debtor, Edward Steiper

| In Re:<br><br>EDWARD STEIPER<br>                    Debtor. | Case No.:     24-10502/RG <br><br> Chapter:     13 <br><br> Judge:     RG |
| --- | --- |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a previously listed creditor must use the court's local form, *Amendment to Schedule D, E, F, G, H or List of Creditors.*

Party's name/type:     Solar City/Tesla, creditor
(Example: John Smith, creditor)

Old address:     3055 Clearview Way
                        San Mateo, CA 94401

New address:     c/o Tesla Solar
                        12832 South Front Runner Blvd Suite 100
                        Draper, UT 84020

New phone no.:_____ (if debtor is filing and
their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  February 15, 2024          /s/ Virginia E. Fortunato
                                              Signature

*rev.8/1/15*