| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kindekamack Road<br>Hackensack, New Jersey 07601<br>Tel: 201-673-5777<br>Virginia E. Fortunato, Esq.<br>Attorney for Debtor, Edward Steiper | |
| In Re:<br><br>EDWARD STEIPER,<br><br>Debtor. | Case No.: 24-10502/RG<br>Chapter: 13<br>Adv. No.: <br>Hearing Date: <br>Judge: RG |

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunto, Esq.__ :

   ☑ represent the ___debtor___ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __February 15, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Official Form 3091 - Notice of Chapter 13 Bankruptcy Case

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __February 15, 2024__    /s/ Virginia E. Fortunato, Esq.
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Solar City/Tesla<br>c/o Tesla Solar<br>12832 South Front Runner Boulevard<br>Suite 100<br>Draper, Utah  84020 | Creditor | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |