Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:   24−10502−RG
Chapter:   13
Judge:   Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Edward Steiper
  aka Edward Michael Steiper, aka Edward
  M Steiper
  131 Brakeshoe Place
  Mahwah, NJ 07430

Social Security No.:
  xxx−xx−1649

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                 4/3/24
Time:                 08:30 AM
Location:             Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 16, 2024
JAN: mlc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Edward Steiper  
    Debtor

Case No. 24-10502-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 16, 2024      Form ID: 132      Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Steiper, 131 Brakeshoe Place, Mahwah, NJ 07430-1102 |
| 520139100 | + | Absolute Resolutions Investments LLC, Att: Stenger & Stenger PC, 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2458 |
| 520139101 | + | Absolute Resolutions Investments LLC, 8000 Norman Center Drive, Suite 860, Minneapolis, MN 55437-1174 |
| 520139102 | + | Avant Corporate Headquarters, 222 N LaSalle Street - #1600, Chicago, IL 60601-1112 |
| 520139105 | + | Best Egg, PO Box 7606, Philadelphia, PA 19176-7618 |
| 520139106 | + | Best Egg Corporate, 3419 Silverside Rd., Wilmington, DE 19810-4801 |
| 520139109 | + | Capital One Bank (USA), N.A. (FDIC), Headquarters, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 520139113 | + | Cross River Bank (FDIC), 885 Teaneck Road, Teaneck, NJ 07666-4547 |
| 520139114 | + | Douglas Mitchell, Esq., Law Offices of Montell Figgins, LLC, 17 Academy Street - Suite 305, Newark, NJ 07102-2934 |
| 520139118 | + | Figgins Mitchell, 17 Academy Street, Suite 305, Newark, NJ 07102-2934 |
| 520139120 | | Goldman Sachs Bank USA, Goldman Sachs Bank Usa, Philadelphia, PA 19176 |
| 520139125 | + | Law Offices of Montell Figgins, LLC, 17 Academy Street - Suite 305, Newark, NJ 07102-2934 |
| 520139128 | + | Maria Steiper, 131 Breakshoe Place, Mahwah, NJ 07430-1102 |
| 520139129 | + | Midland Credit Manageme Corp. Office, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520139136 | + | Quorum Fcu/dovenmuehle, 1501 Woodfield, Schaumburg, IL 60173-6052 |
| 520139138 | + | Quorum Federal Credit Union, 2500 Westchester Avenue, Suite 113, Purchase, NY 10577-2515 |
| 520139139 | + | Ragan & Ragan, PC, 3100 Route 138 West, Brinley Plaza - Building One, Wall, NJ 07719-9020 |
| 520139141 | + | Solar City/Tesla, c/o Tesla Solar, 12832 South Front Runner Blvd.,, Suite 100, Draper, UT 84020-5499 |
| 520139151 | + | Web Bank (FDIC), Corporate Office, 215 South State Street - Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520152887 | | Email/Text: Bankruptcy@absoluteresolutions.com | Feb 16 2024 20:52:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 520139104 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 16 2024 20:52:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520139103 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 16 2024 20:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520139107 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2024 21:00:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520139108 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2024 21:00:57 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520162059 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2024 21:01:44 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 24-10502-RG    Doc 26    Filed 02/18/24    Entered 02/19/24 00:15:33    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 132 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 520139110 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 21:01:33 | Citibank South Dakota, N.A. (FDIC), 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 520139112 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 21:12:14 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520139111 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 21:00:42 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520139115 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 16 2024 20:52:00 | Dovenmuehle Mortgage, Inc., 1 Corporate Dr.,Suite 360, Lake Zurich, IL 60047 |
| 520139116 | | Email/Text: bankruptcycourts@equifax.com | Feb 16 2024 20:52:00 | Equifax, 1550 Peartree St. NW, Atlanta, GA 30309 |
| 520139117 | ^ | MEBN | Feb 16 2024 20:50:04 | Experian, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 520139119 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 16 2024 20:52:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 520139121 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 16 2024 20:52:00 | Goldman Sachs Bank, USA (FDIC), 200 West Street, New York, NY 10282-2198 |
| 520139122 | ^ | MEBN | Feb 16 2024 20:50:53 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520139123 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2024 20:52:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520139124 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2024 20:52:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520139127 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 21:11:59 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520139126 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 21:12:14 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520139132 | | Email/Text: ml-ebn@missionlane.com | Feb 16 2024 20:52:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520139133 | | Email/Text: ml-ebn@missionlane.com | Feb 16 2024 20:52:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520139131 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2024 20:53:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520139130 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2024 20:53:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520139135 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2024 21:12:07 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520139134 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2024 21:12:17 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520139137 | + | Email/Text: Loan.OpsServ@quorumfcu.org | Feb 16 2024 20:53:00 | Quorum Fed Cr Un, 2 Manhattanville R, Purchase, NY 10577-2113 |
| 520139140 | | Email/Text: EBN@seliplaw.com | Feb 16 2024 20:52:00 | Selip & Stylianou, LLP, 10 Forest Avenue - Suite 300, P.O. Box 914, Paramus, NJ 07653-0914 |
| 520139142 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 16 2024 21:11:57 | Synchrony Bank (FDIC), 170 West Election Road - Suite 125, Draper, UT 84020-6425 |
| 520139143 | | Email/Text: DASPUBREC@transunion.com | Feb 16 2024 20:52:00 | Trans Union Corporate Office, 555 W. Adams Street, Chicago, IL 60661 |
| 520139145 | | Email/Text: bknotice@upgrade.com | Feb 16 2024 20:52:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |

| | | | |
|---|---|---|---|
| 520139144 | Email/Text: bknotice@upgrade.com Feb 16 2024 20:52:00 | | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520139146 | ^ MEBN Feb 16 2024 20:49:58 | | Velocity Investments, POB 788, Wall, NJ 07719-0788 |
| 520139147 | ^ MEBN Feb 16 2024 20:50:43 | | Velocity Investments, LLC, 1800 Route 34 N, Ste 404A, Wall, NJ 07719-9147 |
| 520139148 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 16 2024 20:52:00 | | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 520139149 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 16 2024 20:52:00 | | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 520139150 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 16 2024 20:52:00 | | Verizon Corporate Office Headquarters, 140 West Street, New York, NY 10007-2123 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quorum Federal Credit Union dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor Edward Steiper njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 4