# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>EDWARD STEIPER | CASE NO: 24-10502-RG<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 29<br>Judge: Rosemary Gambardella<br>Hearing Date: April 3, 2024<br>Hearing Time: 8:30AM |

On 2/23/2024, I did cause a copy of the following documents, described below,

Second Notice of Creditors Affected By Chapter 13 Plan and Chapter 13 Plan ECF Docket Reference No. 29

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/23/2024

/s/ VIRGINIA E. FORTUNATO
VIRGINIA E. FORTUNATO
Attorney for Debtor
Virginia E. Fortunato, LLC
One Kinderkamack Road
Hackensack, NJ  07601
201 673 5777
fortunatoesq@gmail.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>EDWARD STEIPER | CASE NO: 24-10502-RG<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 29<br>Judge: Rosemary Gambardella<br>Hearing Date: April 3, 2024<br>Hearing Time: 8:30AM |

On 2/23/2024, a copy of the following documents, described below,

Second Notice of Creditors Affected By Chapter 13 Plan and Chapter 13 Plan ECF Docket Reference No. 29

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/23/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
VIRGINIA E. FORTUNATO
Virginia E. Fortunato, LLC
One Kinderkamack Road
Hackensack, NJ  07601

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS                              CERTIFIED 9589071052700725635614       FIRST CLASS
TESLA/SOLAR CITY                         TESLA/SOLAR CITY                       MR. EDWARD STEIPER
12832 SOUTH FRONT RUNNER BLVD.           12832 SOUTH FRONT RUNNER BLVD.         131 BRAKESHOE PLACE
SUITE 100                                SUITE 100                              MAHWAH NJ 07430
DRAPER UT 84020                          DRAPER UT 84020
```