| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kinderkamack Road<br>Hackensack, New Jersey 07601<br>Tel: 201-673-5777<br><br>Virginia E. Fortunato, Esq. - VEF-0787<br>Attorney for Debtor, Edward Steiper | |
| In Re:<br><br>EDWARD STEIPER<br>                         Debtor. | Case No.:    24-10502/RG<br><br>Chapter:    13<br><br>Judge:    RG |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a previously listed creditor must use the court's local form, *Amendment to Schedule D, E, F, G, H or List of Creditors*.

Party's name/type:    Solar City/Tesla, creditor
(Example: John Smith, creditor)

Old address:    3055 Clearview Way
                       San Mateo, CA 94401


New address:    c/o Tesla Solar
                        12832 South Front Runner Blvd Suite 100
                        Draper, UT 84020

New phone no.: _____ (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: February 15, 2024        /s/ Virginia E. Fortunato
                                                Signature

*rev.8/1/15*