UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777

Virginia E. Fortunato, Esq. - VEF-0787
Attorney for Debtor, Edward Steiper

In Re:

EDWARD STEIPER

Debtor,

Case No.: 24-10502/RG
Chapter: 13
Judge: RG

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a previously listed creditor must use the court's local form, *Amendment to Schedule D, E, F, G, H or List of Creditors*.

Party's name/type: Best Egg Corporate, creditor
(Example: John Smith, creditor)

Old address: 3419 Silverside Rd.
Wilmington, DE 19810-4801

New address: 1900 Frost Road - Suite 100
Bristol, PA 19007

New phone no.: _____ (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: March 20, 2024          /s/ Virginia E. Fortunato
                              Signature

*rev.8/1/15*