**VIRGINIA E. FORTUNATO, L.L.C.**
ATTORNEY AT LAW
One Kinderkamack Road
Hackensack, NJ 07601
(201) 673-5777
(201) 490-8784 (f)

Virginia E. Fortunato
Licensed to practice in New Jersey

May 9, 2024

Quorum Federal Credit Union
1 Corporate Drive - Suite 360
Lake Zurich, Illinois   60047

    Re: Edward Steiper
        Case No. 24-10502/RG - Chapter 13

Dear Sir/Madam:

    Enclosed please a filed copy of a Second Interim Order Authorizing Debtor's Participation in the New Jersey Housing and Mortgage Assistance (ERMA) Program and Permitting Homeowners Assistance Funds (HAF) to be Paid by the Program to Dovenmuehle/Quorum Federal Credit Union in the above-referenced matter.

    Should you have any questions or need any additional information please advise.

                             Very truly yours,

                             VIRGINIA E. FORTUNATO

VEF:klts
Enclosure



Virginia E. Fortunato is a proud member of the National Association of Consumer Bankruptcy Attorneys. Congress has designated Virginia E. Fortunato, LLC as a debt relief agency. We help people file for bankruptcy under the Bankruptcy Code.

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2©

VIRGINIA E. FORTUNATO, LLC
One Kinderkamack Road
Hackensack, NJ 07601
201-673-5777

Virginia E. Fortunato, Esq.
*Attorney for Debtor, Edward Steiper*

---

Order Filed on May 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

In Re:

**EDWARD STEIPER,**

Debtor.

Case No.   24-10502/RG

Chapter:   13

Hearing Date:   April 17, 2024

Judge:   Rosemary Gambardella

---

**SECOND INTERIM ORDER AUTHORIZING DEBTOR'S PARTICIPATION IN THE NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY'S EMERGENCY RESCUE MORTGAGE ASSISTANCE (ERMA) PROGRAM AND PERMITTING HOMEOWNERS ASSISTANCE FUNDS (HAF) TO BE PAID BY THE PROGRAM TO DOVENMUEHLE/QUORUM FEDERAL CREDIT UNION**

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

DATED: May 1, 2024

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case 24-10502-RG    Doc 34    Filed 05/01/24    Entered 05/01/24 15:06:42    Desc Main
Document    Page 2 of 2

Page 2
Debtors: Edward Steiper
Case No.: 24-10502 - Chapter 13
Caption: Second Interim Order Authorizing Debtor's Participation in the New Jersey Housing and Mortgage Finance Agency's Emergency Rescue Mortgage Assistance (ERMA) Program and Permitting Homeowners Assistance Funds (HAF) to be Paid by the Program to Dovenmuehle/Quorum Federal Credit Union

---

Upon the Debtor's Motion Authorizing Sale of Real Property Order Authorizing Debtor's Participation in The New Jersey Housing and Mortgage Finance Agency's Emergency Rescue Mortgage Assistant (ERMA) Program and Permitting Funds to be Paid by the Program to the Debtor's Mortgage for Arrearages; and

**IT IS HEREBY:**

**ORDERED**, that Quorum Federal Credit Union is permitted to accept HAF Funds on behalf of the debtor for mortgage arrearages; and it is further,

**ORDERED**, that Quorum Federal Credit Union shall notify the Trustee and debtor's counsel upon receipt of HAF funds; and it is further,

**ORDERED**, that Quorum Federal Credit Union shall filed an Amended Proof of Claim within 30 days from its receipt of HAF funds; and it is further,

**ORDERED**, that Quorum Federal Credit Union shall provide the debtor's attorney with a post-petition payment history when it files its Amended Proof of Claim; and it is further,

**ORDERED**, that Quorum Federal Credit Union is to provide the debtor's attorney with a copy of any pay off statements and/or breakdown of mortgage arrears and expenses provided to ERMA as it related to the debtor's application for HAF Funds within 14 days from the date of this Order; and it is further,

**ORDERED**, that the instant Motion shall be adjourned to May 15, 2024 at 10:00 a.m.