```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
```

VIRGINIA E. FORTUNATO, LLC
One Kindekamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq.
Attorney for Debtor, Edward Steiper

In Re:

EDWARD STEIPER,

    Debtor.

Case No.: __24-10502/RG__

Chapter: __13__

Adv. No.: ____

Hearing Date: ____

Judge: __RG__

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato, Esq.__ :

    ☑ represent the __debtor__ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On __May 9, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Letter dated May 9, 2024 to Quorum Federal Credit Union, together with a filed copy of the Second Interim Order Authorizing Debtor's Participation in the New Jersey Housing and Mortgage Assistance (ERMA) Program and Permitting Homeowners Assistance Funds (HAF) to be Paid by the Program to Dovenmuehle/Quortum Federal Credit Union.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __May 16, 2024__

/s/ Virginia E. Fortunato, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey   07101 | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey   07004 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| Quorum Federal Credit Union<br>1 Corporate Drive - Suite 360<br>Lake Zurich, Illinois   60047 | Secured Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |