Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−10502−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward Steiper
   aka Edward Michael Steiper, aka Edward
   M Steiper
   131 Brakeshoe Place
   Mahwah, NJ 07430

Social Security No.:
   xxx−xx−1649

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/16/2024 and a confirmation hearing on such Plan has been scheduled for 4/3/2024.

The debtor filed a Modified Plan on 5/29/2024 and a confirmation hearing on the Modified Plan is scheduled for 7/17/2024 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 30, 2024
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-10502-RG |
| Edward Steiper | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 30, 2024 | Form ID: 186 | Total Noticed: 62 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Steiper, 131 Brakeshoe Place, Mahwah, NJ 07430-1102 |
| 520139100 | + | Absolute Resolutions Investments LLC, Att: Stenger & Stenger PC, 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2458 |
| 520139102 | + | Avant Corporate Headquarters, 222 N LaSalle Street - #1600, Chicago, IL 60601-1112 |
| 520139105 | + | Best Egg, PO Box 7606, Philadelphia, PA 19176-7618 |
| 520139106 | + | Best Egg Corporate, 1900 Frost Road - Suite 100, Bristol, PA 19007-1519 |
| 520139113 | + | Cross River Bank (FDIC), 885 Teaneck Road, Teaneck, NJ 07666-4547 |
| 520139114 | + | Douglas Mitchell, Esq., Law Offices of Montell Figgins, LLC, 17 Academy Street - Suite 305, Newark, NJ 07102-2934 |
| 520139118 | + | Figgins Mitchell, 17 Academy Street, Suite 305, Newark, NJ 07102-2934 |
| 520139120 | | Goldman Sachs Bank USA, Goldman Sachs Bank Usa, Philadelphia, PA 19176 |
| 520139125 | + | Law Offices of Montell Figgins, LLC, 17 Academy Street - Suite 305, Newark, NJ 07102-2934 |
| 520139128 | + | Maria Steiper, 131 Breakshoe Place, Mahwah, NJ 07430-1102 |
| 520139129 | + | Midland Credit Manageme Corp. Office, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520139136 | + | Quorum Fcu/dovenmuehle, 1501 Woodfield, Schaumburg, IL 60173-6052 |
| 520139138 | + | Quorum Federal Credit Union, 2500 Westchester Avenue, Suite 113, Purchase, NY 10577-2515 |
| 520212618 | + | Quorum Federal Credit Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520139139 | + | Ragan & Ragan, PC, 3100 Route 138 West, Brinley Plaza - Building One, Wall, NJ 07719-9020 |
| 520139151 | + | Web Bank (FDIC), Corporate Office, 215 South State Street - Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 30 2024 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 30 2024 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520139101 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 30 2024 20:46:00 | Absolute Resolutions Investments LLC, 8000 Norman Center Drive, Suite 860, Minneapolis, MN 55437 |
| 520152887 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 30 2024 20:46:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 520139104 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 30 2024 20:46:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520139103 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 30 2024 20:46:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520211953 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 30 2024 20:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520139105 | ^ | MEBN | May 30 2024 21:14:50 | Best Egg, PO Box 7606, Philadelphia, PA 19176-7618 |
| 520139107 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 24-10502-RG    Doc 44    Filed 06/01/24    Entered 06/02/24 00:13:31    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: 186 | Total Noticed: 62 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 30 2024 20:59:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520139108 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 20:59:04 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520139109 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 20:59:00 | Capital One Bank (USA), N.A. (FDIC), Headquarters, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 520162059 | + | Email/PDF: ebn_ais@aisinfo.com | May 30 2024 21:09:26 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520139110 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 21:09:57 | Citibank South Dakota, N.A. (FDIC), 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 520139112 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 21:09:58 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520139111 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 21:09:28 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520139115 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 30 2024 20:46:00 | Dovenmuehle Mortgage, Inc., 1 Corporate Dr.,Suite 360, Lake Zurich, IL 60047 |
| 520139116 | | Email/Text: bankruptcycourts@equifax.com | May 30 2024 20:46:00 | Equifax, 1550 Peartree St. NW, Atlanta, GA 30309 |
| 520139117 | ^ | MEBN | May 30 2024 21:14:49 | Experian, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 520139119 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 30 2024 20:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 520139121 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 30 2024 20:46:00 | Goldman Sachs Bank, USA (FDIC), 200 West Street, New York, NY 10282-2198 |
| 520139122 | ^ | MEBN | May 30 2024 21:14:51 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520139123 | + | Email/Text: PBNCNotifications@peritusservices.com | May 30 2024 20:46:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520139124 | + | Email/Text: PBNCNotifications@peritusservices.com | May 30 2024 20:46:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520170580 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 21:09:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520139127 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 20:58:52 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520139126 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 20:59:14 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520139132 | | Email/Text: ml-ebn@missionlane.com | May 30 2024 20:46:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520139133 | | Email/Text: ml-ebn@missionlane.com | May 30 2024 20:46:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520139131 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2024 20:47:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520139130 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2024 20:47:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520139135 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 20:58:46 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520139134 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 20:58:52 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

Case 24-10502-RG    Doc 44    Filed 06/01/24    Entered 06/02/24 00:13:31    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: 186 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| 520206440 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 20:58:46 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 520139137 | + | Email/Text: Loan.OpsServ@quorumfcu.org | May 30 2024 20:47:00 | Quorum Fed Cr Un, 2 Manhattanville R, Purchase, NY 10577-2113 |
| 520139140 | | Email/Text: EBN@seliplaw.com | May 30 2024 20:46:00 | Selip & Stylianou, LLP, 10 Forest Avenue - Suite 300, P.O. Box 914, Paramus, NJ 07653-0914 |
| 520139141 | + | Email/Text: energybankruptcy@tesla.com | May 30 2024 20:46:00 | Solar City/Tesla, c/o Tesla Solar, 12832 South Front Runner Blvd.,, Suite 100, Draper, UT 84020-5499 |
| 520139142 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 20:58:41 | Synchrony Bank (FDIC), 170 West Election Road - Suite 125, Draper, UT 84020-6425 |
| 520139143 | | Email/Text: DASPUBREC@transunion.com | May 30 2024 20:46:00 | Trans Union Corporate Office, 555 W. Adams Street, Chicago, IL 60661 |
| 520139145 | | Email/Text: bknotice@upgrade.com | May 30 2024 20:46:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 520139144 | | Email/Text: bknotice@upgrade.com | May 30 2024 20:46:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520139146 | ^ | MEBN | May 30 2024 21:14:48 | Velocity Investments, POB 788, Wall, NJ 07719-0788 |
| 520139147 | ^ | MEBN | May 30 2024 21:14:50 | Velocity Investments, LLC, 1800 Route 34 N, Ste 404A, Wall, NJ 07719-9147 |
| 520193577 | + | Email/PDF: ebn_ais@aisinfo.com | May 30 2024 21:09:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520139148 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 30 2024 20:46:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 520139149 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 30 2024 20:46:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 520139150 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 30 2024 20:46:00 | Verizon Corporate Office Headquarters, 140 West Street, New York, NY 10007-2123 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 01, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Quorum Federal Credit Union dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor Edward Steiper njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 4