**VIRGINIA E. FORTUNATO, L.L.C.**
One Kinderkamack Road
Hackensack, NJ 07601
Tel. 201-673-5777

Virginia E. Fortunato, Esq.
Attorneys for Debtor, Edward Steiper

| | |
|---|---|
| In Re:<br><br>**EDWARD STEIPER,**<br><br>      Debtor. | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br><br>Case No. 24-10502-RG<br><br>Chapter 13<br><br>**NOTICE OF CHAPTER 13 PLAN TRANSMITTAL**<br><br>Hearing Date: July 17, 2024<br>              at 8:30 a.m. |

**SECOND NOTICE TO CREDITORS AFFECTED BY CHAPTER 13 PLAN**

    **Tesla, successor in interest to Solar City**, should have previously received notice from the Court a copy of the plan proposed by the Debtor and a Notice of the Hearing on Confirmation.

    The attached plan is a copy of the one sent to you by the Court. It has been served upon you again because **the plan contains non-standard Chapter 13 Plan provisions that affect your interest adversely**. Specifically, the Debtor is rejecting the lease and is surrendering in full satisfaction of debt the solar panels that are located in his backyard which he previously requested be removed by Tesla.

    The Confirmation Hearing has been rescheduled for **July 17, 2024 at 8:30 a.m.** Objections to any relief sought in the plan, including relief sought by motion, **must be filed seven days prior to the Confirmation Hearing.**

    YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRM PLAN.

DATED:   June 3, 2024

                                          /s/ Virginia E. Fortunato
                                          **VIRGINIA E. FORTUNATO, ESQ.**
                                          Attorney for Debtor