UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

VIRGINIA E. FORTUNATO, LLC
One Kindekamack Road
Hackensack, New Jersey 07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq.
Attorney for Debtor, Edward Steiper

In Re:

EDWARD STEIPER,

Debtor.

Case No.: 24-10502/RG
Chapter: 13
Adv. No.:
Hearing Date: July 17, 2024
Judge: RG

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato__ :

   ☑ represent the __Virginia E. Fortunato__ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the __debtors__ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __June 4, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   (a) Modified Chapter 13 Plan (Docket No. 41).

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 4, 2024

/s/ Virginia E. Fortunato
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey 07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Tesla/Solar City<br>12832 South Front Runner Boulevard<br>Suite 100<br>Draper, Utah 84020 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mr. Edward Steiper<br>131 Brakeshoe Place<br>Mahwah, New Jersey 07430 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |