| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kinderkamack Road<br>Hackensack, New Jersey  07601<br>Tel: 201-673-5777<br><br>Virginia E. Fortunato, Esq.<br>Attorneys for Debtor, Edward Steiper |

| In Re:<br><br>EDWARD STEIPER,<br><br>            Debtor | Case No.:     24-10502/RG<br><br>Chapter:     13<br><br>Hearing Date:     July 17, 2024<br><br>Judge:     RG |
|---|---|

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled  ☒ Withdrawn

Matter: <u>Application for Allowance of Fees to Debtor's Attorney, together with supporting</u>

<u>documents (see Docket No. 38).</u>

Date: <u>June 10, 2024</u>

/s/ Virginia E. Fortunato

Signature

rev.8/1/15