| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>VIRGINIA E. FORTUNATO, LLC<br>One Kindekamack Road<br>Hackensack, New Jersey 07601<br>Tel: 201-673-5777<br>Virginia E. Fortunato, Esq.<br>Attorney for Debtor, Edward Steiper | |
| In Re:<br><br>EDWARD STEIPER,<br><br>    Debtor. | Case No.: __24-10502/RG__<br><br>Chapter: __13__<br><br>Adv. No.: _____<br><br>Hearing Date: __July 17, 2024__<br><br>Judge: __RG__ |

## CERTIFICATION OF SERVICE

1. I, __Virginia E. Fortunato, Esq.__ :

    ☑ represent the ____debtor____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On __June 10, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    (a) Application for Allowance of Fees to Debtor's Attorney Pre-Confirmation from November 20, 2023 to May 22, 2024; (b) Certification of Services from November 20, 2023 to May 24, 2024; and (c) proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __June 10, 2024__

/s/ Virginia E. Fortunato, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, New Jersey 07101 | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Mr. Edward Steiper<br>131 Brakeshoe Place<br>Mahwah, New Jersey 07043 | Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |