Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  24−10502−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Edward Steiper
    aka Edward Michael Steiper, aka Edward
    M Steiper
    131 Brakeshoe Place
    Mahwah, NJ 07430

Social Security No.:
    xxx−xx−1649

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       7/17/24
Time:       10:00 AM
Location:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Virginia E. Fortunato, Debtor's Attorney

COMMISSION OR FEES
$15,365.91

EXPENSES
$634.09

---

If this is a chapter 13 case, the fees and expenses awarded:

☑       will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐       will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 11, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-10502-RG

Edward Steiper                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                          Page 1 of 4

Date Rcvd: Jun 11, 2024                    Form ID: 137                                   Total Noticed: 62

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Steiper, 131 Brakeshoe Place, Mahwah, NJ 07430-1102 |
| 520139100 | + | Absolute Resolutions Investments LLC, Att: Stenger & Stenger PC, 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2458 |
| 520139102 | + | Avant Corporate Headquarters, 222 N LaSalle Street - #1600, Chicago, IL 60601-1112 |
| 520139106 | + | Best Egg Corporate, 1900 Frost Road - Suite 100, Bristol, PA 19007-1519 |
| 520139113 | + | Cross River Bank (FDIC), 885 Teaneck Road, Teaneck, NJ 07666-4547 |
| 520139114 | + | Douglas Mitchell, Esq., Law Offices of Montell Figgins, LLC, 17 Academy Street - Suite 305, Newark, NJ 07102-2934 |
| 520139118 | + | Figgins Mitchell, 17 Academy Street, Suite 305, Newark, NJ 07102-2934 |
| 520139120 | | Goldman Sachs Bank USA, Goldman Sachs Bank Usa, Philadelphia, PA 19176 |
| 520139125 | + | Law Offices of Montell Figgins, LLC, 17 Academy Street - Suite 305, Newark, NJ 07102-2934 |
| 520139128 | + | Maria Steiper, 131 Breakshoe Place, Mahwah, NJ 07430-1102 |
| 520139129 | + | Midland Credit Manageme Corp. Office, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520139136 | + | Quorum Fcu/dovenmuehle, 1501 Woodfield, Schaumburg, IL 60173-6052 |
| 520212618 | + | Quorum Federal Credit Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520139138 | + | Quorum Federal Credit Union, 2500 Westchester Avenue, Suite 113, Purchase, NY 10577-2515 |
| 520139139 | + | Ragan & Ragan, PC, 3100 Route 138 West, Brinley Plaza - Building One, Wall, NJ 07719-9020 |
| 520139151 | + | Web Bank (FDIC), Corporate Office, 215 South State Street - Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2024 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2024 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520139101 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 11 2024 20:46:00 | Absolute Resolutions Investments LLC, 8000 Norman Center Drive, Suite 860, Minneapolis, MN 55437 |
| 520152887 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 11 2024 20:46:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 520139104 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 11 2024 20:46:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520139103 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 11 2024 20:46:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520211953 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 11 2024 20:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520139105 | ^ | MEBN | Jun 11 2024 20:54:50 | Best Egg, PO Box 7606, Philadelphia, PA 19176-7618 |
| 520139107 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 20:59:00 | Capital One, Attn: Bankruptcy, Po Box 30285, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Salt Lake City, UT 84130-0285 |
| 520139108 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
|  |  | Jun 11 2024 21:10:21 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520139109 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
|  |  | Jun 11 2024 21:10:29 | Capital One Bank (USA), N.A. (FDIC), Headquarters, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 520162059 | + | Email/PDF: ebn_ais@aisinfo.com | |
|  |  | Jun 11 2024 20:58:47 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520139110 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | Jun 11 2024 20:59:01 | Citibank South Dakota, N.A. (FDIC), 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 520139112 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | Jun 11 2024 20:59:06 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520139111 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | Jun 11 2024 20:58:47 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520139115 | | Email/Text: BKCourtNotices@yourmortgageonline.com | |
|  |  | Jun 11 2024 20:46:00 | Dovenmuehle Mortgage, Inc., 1 Corporate Dr.,Suite 360, Lake Zurich, IL 60047 |
| 520139116 | | Email/Text: bankruptcycourts@equifax.com | |
|  |  | Jun 11 2024 20:47:00 | Equifax, 1550 Peartree St. NW, Atlanta, GA 30309 |
| 520139117 | ^ | MEBN | |
|  |  | Jun 11 2024 20:51:28 | Experian, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 520139119 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
|  |  | Jun 11 2024 20:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 520139121 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
|  |  | Jun 11 2024 20:46:00 | Goldman Sachs Bank, USA (FDIC), 200 West Street, New York, NY 10282-2198 |
| 520139122 | ^ | MEBN | |
|  |  | Jun 11 2024 20:53:28 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520139123 | + | Email/Text: PBNCNotifications@peritusservices.com | |
|  |  | Jun 11 2024 20:46:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520139124 | + | Email/Text: PBNCNotifications@peritusservices.com | |
|  |  | Jun 11 2024 20:46:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520170580 | | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jun 11 2024 20:58:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520139127 | | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jun 11 2024 20:58:48 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520139126 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jun 11 2024 21:21:40 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520139132 | | Email/Text: ml-ebn@missionlane.com | |
|  |  | Jun 11 2024 20:46:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520139133 | | Email/Text: ml-ebn@missionlane.com | |
|  |  | Jun 11 2024 20:46:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520139131 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Jun 11 2024 20:47:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520139130 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Jun 11 2024 20:47:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520139135 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Jun 11 2024 20:58:50 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520139134 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Jun 11 2024 21:21:52 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

District/off: 0312-2                    User: admin                                    Page 3 of 4

Date Rcvd: Jun 11, 2024                  Form ID: 137                            Total Noticed: 62

| Number | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520206440 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2024 20:59:01 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 520139137 | + | Email/Text: Loan.OpsServ@quorumfcu.org | Jun 11 2024 20:47:00 | Quorum Fed Cr Un, 2 Manhattanville R, Purchase, NY 10577-2113 |
| 520139140 | | Email/Text: EBN@seliplaw.com | Jun 11 2024 20:47:00 | Selip & Stylianou, LLP, 10 Forest Avenue - Suite 300, P.O. Box 914, Paramus, NJ 07653-0914 |
| 520139141 | + | Email/Text: energybankruptcy@tesla.com | Jun 11 2024 20:47:00 | Solar City/Tesla, c/o Tesla Solar, 12832 South Front Runner Blvd.,, Suite 100, Draper, UT 84020-5499 |
| 520139142 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 20:59:24 | Synchrony Bank (FDIC), 170 West Election Road - Suite 125, Draper, UT 84020-6425 |
| 520139143 | | Email/Text: DASPUBREC@transunion.com | Jun 11 2024 20:46:00 | Trans Union Corporate Office, 555 W. Adams Street, Chicago, IL 60661 |
| 520139145 | | Email/Text: bknotice@upgrade.com | Jun 11 2024 20:46:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 520139144 | | Email/Text: bknotice@upgrade.com | Jun 11 2024 20:46:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 520139146 | ^ | MEBN | Jun 11 2024 20:51:07 | Velocity Investments, POB 788, Wall, NJ 07719-0788 |
| 520139147 | ^ | MEBN | Jun 11 2024 20:53:11 | Velocity Investments, LLC, 1800 Route 34 N, Ste 404A, Wall, NJ 07719-9147 |
| 520193577 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 11 2024 21:10:26 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520139148 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 11 2024 20:46:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 520139149 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 11 2024 20:46:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 520139150 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 11 2024 20:46:00 | Verizon Corporate Office Headquarters, 140 West Street, New York, NY 10007-2123 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024                         Signature:          /s/Gustava Winters

District/off: 0312-2                                      User: admin                                      Page 4 of 4
Date Rcvd: Jun 11, 2024                                 Form ID: 137                                 Total Noticed: 62

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quorum Federal Credit Union dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor Edward Steiper njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 4