VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ  07601

| Re: | EDWARD STEIPER | Atty: | VIRGINIA E FORTUNATO LLC |
|---|---|---|---|
| | 131 BRAKESHOE PLACE | | ONE KINDERKAMACK ROAD |
| | MAHWAH, NJ  07430 | | HACKENSACK, NJ  07601 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-10502

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $44,667.00**

## RECEIPTS AS OF 01/01/2025          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/27/2024 | $1,589.00 | | 03/06/2024 | $1,589.00 | |
| 04/01/2024 | $1,589.00 | | 06/10/2024 | $700.00 | |
| 06/13/2024 | $700.00 | | 07/09/2024 | $700.00 | |
| 08/05/2024 | $700.00 | | 09/03/2024 | $700.00 | |
| 10/07/2024 | $700.00 | | 11/12/2024 | $700.00 | |
| 12/09/2024 | $700.00 | | | | |

**Total Receipts: $10,367.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $10,367.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025          (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 766.36 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 10,523.00 | 100.00% | 10,300.64 | 222.36 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ABSOLUTE RESOLUTIONS INVESTMENT | UNSECURED | 275.84 | * | 0.00 | |
| 0002 | ABSOLUTE RESOLUTIONS INVESTMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 1,313.29 | * | 0.00 | |
| 0008 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,232.07 | * | 0.00 | |
| 0012 | LVNV FUNDING LLC | UNSECURED | 818.60 | * | 0.00 | |
| 0015 | DOUGLAS MITCHELL, ESQ. | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | GOLDMAN SACHS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | LVNV FUNDING LLC | UNSECURED | 857.94 | * | 0.00 | |
| 0032 | MIDLAND CREDIT MGMT | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MISSION LANE LLC | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-10502**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,999.20 | * | 0.00 | |
| 0037 | QUORUM FEDERAL CREDIT UNION | (NEW) Prepetition  | 0.00 | 100.00% | 0.00 | |
| 0038 | QUORUM FED CR UN | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | SOLAR CITY/TESLA | SECURED | 0.00 | 100.00% | 0.00 | |
| 0047 | LVNV FUNDING LLC | UNSECURED | 4,280.00 | * | 0.00 | |
| 0048 | VELOCITY INVESTMENTS | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 522.92 | * | 0.00 | |
| 0055 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 487.41 | * | 0.00 | |
| 0056 | VACATION VILLAGE | SECURED | 0.00 | 100.00% | 0.00 | |
| 0057 | VACATION VILLAGE AT WILLIAMSBURG | SECURED | 0.00 | 100.00% | 0.00 | |
| 0058 | LVNV FUNDING LLC | UNSECURED | 4,318.15 | * | 0.00 | |

**Total Paid:  $11,067.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $10,367.00      -   Paid to Claims: $0.00      -   Admin Costs Paid: $11,067.00   =   Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.