VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ 07601

Re: EDWARD STEIPER
131 BRAKESHOE PLACE
MAHWAH, NJ 07430

Atty: VIRGINIA E FORTUNATO LLC
ONE KINDERKAMACK ROAD
HACKENSACK, NJ 07601

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 24-10502**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $44,667.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/27/2024 | $1,589.00 | | 03/06/2024 | $1,589.00 | |
| 04/01/2024 | $1,589.00 | | 06/10/2024 | $700.00 | |
| 06/13/2024 | $700.00 | | 07/09/2024 | $700.00 | |
| 08/05/2024 | $700.00 | | 09/03/2024 | $700.00 | |
| 10/07/2024 | $700.00 | | 11/12/2024 | $700.00 | |
| 12/09/2024 | $700.00 | | 01/07/2025 | $700.00 | |
| 02/10/2025 | $700.00 | | 03/11/2025 | $700.00 | |
| 04/09/2025 | $700.00 | | 05/13/2025 | $700.00 | |
| 06/16/2025 | $700.00 | | 07/09/2025 | $700.00 | |
| 08/06/2025 | $700.00 | | 09/02/2025 | $700.00 | |
| 10/15/2025 | $700.00 | | 11/10/2025 | $700.00 | |
| 12/08/2025 | $700.00 | | 01/12/2026 | $700.00 | |

**Total Receipts: $19,467.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $19,467.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ABSOLUTE RESOLUTIONS INVESTMENTS LLC | | | | | | |
| | 12/15/2025 | $10.03 | 954,222 | | | |
| ABSOLUTE RESOLUTIONS INVESTMENTS, LLC | | | | | | |
| | 03/17/2025 | $16.66 | 941,748 | 04/14/2025 | $10.02 | 943,215 |
| | 06/16/2025 | $10.14 | 946,062 | 07/14/2025 | $20.26 | 947,516 |
| | 08/18/2025 | $10.13 | 948,928 | 09/16/2025 | $10.13 | 950,236 |
| | 10/20/2025 | $10.03 | 951,673 | 11/17/2025 | $10.02 | 953,151 |

**Chapter 13 Case # 24-10502**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 03/17/2025 | $79.33 | 941,813 | 04/14/2025 | $47.72 | 943,271 |
| | 06/16/2025 | $48.24 | 946,123 | 07/14/2025 | $96.48 | 947,575 |
| | 08/18/2025 | $48.23 | 948,970 | 09/16/2025 | $48.24 | 950,286 |
| | 10/20/2025 | $47.72 | 951,723 | 11/17/2025 | $47.73 | 953,201 |
| | 12/15/2025 | $47.73 | 954,606 | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 03/17/2025 | $195.23 | 941,856 | 03/17/2025 | $29.44 | 941,856 |
| | 04/14/2025 | $117.47 | 943,315 | 04/14/2025 | $17.71 | 943,315 |
| | 06/16/2025 | $118.71 | 946,161 | 06/16/2025 | $17.91 | 946,161 |
| | 07/14/2025 | $237.42 | 947,611 | 07/14/2025 | $35.80 | 947,611 |
| | 08/18/2025 | $118.71 | 949,006 | 08/18/2025 | $17.90 | 949,006 |
| | 09/16/2025 | $118.72 | 950,325 | 09/16/2025 | $17.91 | 950,325 |
| | 10/20/2025 | $117.45 | 951,763 | 10/20/2025 | $17.71 | 951,763 |
| | 11/17/2025 | $117.47 | 953,242 | 11/17/2025 | $17.72 | 953,242 |
| | 12/15/2025 | $117.46 | 954,648 | 12/15/2025 | $17.71 | 954,648 |
| LVNV FUNDING LLC | | | | | | |
| | 03/17/2025 | $260.83 | 942,122 | 03/17/2025 | $258.53 | 942,122 |
| | 03/17/2025 | $49.45 | 942,122 | 03/17/2025 | $51.82 | 942,122 |
| | 04/14/2025 | $156.94 | 943,563 | 04/14/2025 | $155.55 | 943,563 |
| | 04/14/2025 | $29.75 | 943,563 | 04/14/2025 | $31.19 | 943,563 |
| | 06/16/2025 | $158.60 | 946,428 | 06/16/2025 | $157.20 | 946,428 |
| | 06/16/2025 | $30.07 | 946,428 | 06/16/2025 | $31.50 | 946,428 |
| | 07/14/2025 | $317.20 | 947,886 | 07/14/2025 | $314.40 | 947,886 |
| | 07/14/2025 | $60.13 | 947,886 | 07/14/2025 | $63.03 | 947,886 |
| | 08/18/2025 | $158.62 | 949,241 | 08/18/2025 | $157.21 | 949,241 |
| | 08/18/2025 | $30.06 | 949,241 | 08/18/2025 | $31.51 | 949,241 |
| | 09/16/2025 | $158.59 | 950,583 | 09/16/2025 | $157.19 | 950,583 |
| | 09/16/2025 | $30.07 | 950,583 | 09/16/2025 | $31.51 | 950,583 |
| | 10/20/2025 | $156.94 | 952,038 | 10/20/2025 | $155.56 | 952,038 |
| | 10/20/2025 | $29.76 | 952,038 | 10/20/2025 | $31.19 | 952,038 |
| | 11/17/2025 | $156.93 | 953,494 | 11/17/2025 | $155.55 | 953,494 |
| | 11/17/2025 | $29.74 | 953,494 | 11/17/2025 | $31.17 | 953,494 |
| | 12/15/2025 | $156.94 | 954,902 | 12/15/2025 | $155.54 | 954,902 |
| | 12/15/2025 | $29.75 | 954,902 | 12/15/2025 | $31.18 | 954,902 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 03/17/2025 | $120.76 | 8,004,499 | 04/14/2025 | $72.66 | 8,004,542 |
| | 06/16/2025 | $73.43 | 8,004,619 | 07/14/2025 | $146.86 | 8,004,662 |
| | 08/18/2025 | $73.42 | 8,004,704 | 09/16/2025 | $73.44 | 8,004,743 |
| | 10/20/2025 | $72.65 | 8,004,785 | 11/17/2025 | $72.66 | 8,004,824 |
| | 12/15/2025 | $72.66 | 8,004,864 | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 03/17/2025 | $31.59 | 941,470 | 04/14/2025 | $19.00 | 942,941 |
| | 06/16/2025 | $19.21 | 945,768 | 07/14/2025 | $38.41 | 947,226 |
| | 08/18/2025 | $19.21 | 948,658 | 09/16/2025 | $19.20 | 949,924 |
| | 10/20/2025 | $19.01 | 951,349 | 11/17/2025 | $19.00 | 952,827 |
| | 12/15/2025 | $19.01 | 954,227 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,235.33 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 10,523.00 | 100.00% | 10,523.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ABSOLUTE RESOLUTIONS INVESTMENT | UNSECURED | 275.84 | * | 107.42 | |
| 0002 | ABSOLUTE RESOLUTIONS INVESTMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 1,313.29 | * | 511.42 | |
| 0008 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,232.07 | * | 1,258.64 | |

**Chapter 13 Case # 24-10502**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0012 | LVNV FUNDING LLC | UNSECURED | 818.60 | * | 318.78 | |
| 0015 | DOUGLAS MITCHELL, ESQ. | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | GOLDMAN SACHS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | LVNV FUNDING LLC | UNSECURED | 857.94 | * | 334.10 | |
| 0032 | MIDLAND CREDIT MGMT | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | MISSION LANE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,999.20 | * | 778.54 | |
| 0037 | QUORUM FEDERAL CREDIT UNION | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0038 | QUORUM FED CR UN | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | SOLAR CITY/TESLA | SECURED | 0.00 | 100.00% | 0.00 | |
| 0047 | LVNV FUNDING LLC | UNSECURED | 4,280.00 | * | 1,666.73 | |
| 0048 | VELOCITY INVESTMENTS | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 522.92 | * | 203.64 | |
| 0055 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 487.41 | * | 189.81 | |
| 0056 | VACATION VILLAGE | SECURED | 0.00 | 100.00% | 0.00 | |
| 0057 | VACATION VILLAGE AT WILLIAMSBURG | SECURED | 0.00 | 100.00% | 0.00 | |
| 0058 | LVNV FUNDING LLC | UNSECURED | 4,318.15 | * | 1,681.59 | |

**Total Paid: $18,809.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $19,467.00 - Paid to Claims: $7,050.67 - Admin Costs Paid: $11,758.33 = Funds on Hand: $658.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.